IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:16-cr-00008-MP-GRJ

CHRISTOPHER BERNARD THOMPSON,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 23, 2016. (ECF No. 27).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.  Accordingly,

IT IS ORDERED:

1.    The Report and Recommendation of the Magistrate Judge, ECF No. 27, is accepted and incorporated herein be reference.

2.    The Court accepts the guilty plea of defendant, Christopher Bernard Thompson, withholds formal adjudication at this time, and directs the clerk to set sentencing by separate notice.

SO ORDERED on July 26, 2016.

s/ MARK E. WALKER
United States District Judge